**UNITED  STATES  BANKRUPTCY  COURT**
**EASTERN  DISTRICT  OF PENNSYLVANIA**

IN RE:          LEROY JOHNSON          :          Bankruptcy No. 20-10719
                                       :
                                       :
                DEBTOR                 :          Chapter 13


ENTRY OF APPEARANCE


TO THE CLERK:


Kindly enter my appearance on behalf of the Debtor, Leroy Johnson, and

include my name on the Mailing matrix to receive all notices in this case.   The debtor's

prior counsel is deceased.



Respectfully submitted,



 /Zachary Perlick, Esquire/
ZACHARY PERLICK, ESQUIRE
1420 Walnut Street, Suite 718
Philadelphia, PA 19102
(215) 569-2922
Perlick@verizon.net