IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                              :
                                                   :        Chapter 13
    LEROY C. JOHNSON,              :
                                                   :        Bankruptcy No. 20-10719 (AMC)
              Debtor.          :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #51 filed by the City of Philadelphia on December 1, 2020.

                Respectfully submitted,

                THE CITY OF PHILADELPHIA

Dated: June 15, 2021        By:   */s/ Pamela Elchert Thurmond*
                                                  PAMELA ELCHERT THURMOND
                                                  Deputy City Solicitor
                                                  PA Attorney I.D. 202054
                                                  City of Philadelphia Law Department
                                                  1401 JFK Blvd., 5th Floor
                                                  Philadelphia, PA  19102-1595
                                                  215-686-0508 (phone)
                                                  215-686-0588 (facsimile)
                                                  Email: Pamela.Thurmond@phila.gov