| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-10719-AMC**

Leroy C. Johnson  
414 E. Sanger Street  
Philadelphia  PA    19120

Petition Filed Date: 02/03/2020  
341 Hearing Date: 03/27/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/10/2020 | $4,000.00 | | 09/11/2020 | $1,240.00 | | 10/13/2020 | $1,240.00 | |
| 11/10/2020 | $1,240.00 | | 12/04/2020 | $1,000.00 | | 12/10/2020 | $1,240.00 | |
| 12/10/2020 | $2,000.00 | | 01/11/2021 | $1,240.00 | | 02/10/2021 | $1,800.00 | |
| 03/10/2021 | $1,800.00 | | 04/12/2021 | $1,800.00 | | 05/10/2021 | $1,800.00 | |

**Total Receipts for the Period: $20,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Leroy C. Johnson | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,400.00 | Current Monthly Payment: | $1,580.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($220.00) |
| Paid to Trustee: | $1,639.20 | Total Plan Base: | $89,700.00 |
| Funds on Hand: | $18,760.80 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.