IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     LEROY JOHNSON            :     CHAPTER 13
                                    :
                                    :
           DEBTOR                   :     BANKRUPTCY No. 20-10719 AMC

## CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I filed an Application for Approval of Compensation on June 16, 2021 and gave notice to the Debtor, the Trustee, and all interested parties that they had twenty (20) days to file an answer, objection or other responsive pleading; that more than twenty (20) days have passed since the notices were mailed and I have not received an Answer, objection or other responsive pleading. I therefore request that the court enter the Order accompanying said application.


BY    /s/ Zachary Perlick
      Zachary Perlick, Esquire
      1420 Walnut Street, Suite 718
      Philadelphia, PA  19107
      (215) 569-2922