# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leroy C. Johnson<br>_Debtor(s)_<br><br>Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust<br>_Movant_<br>vs.<br><br>Leroy C. Johnson<br>_Debtor(s)_<br><br>and Scott F. Waterman<br>_Trustee_ | Chapter 13<br><br><br>NO. 20-10719 AMC |

## ORDER

AND NOW, this _____ day of _____, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on December 8, 2020, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 414 East Sanger Street Philadelphia, PA 19120.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 30, 2021**

_____
United States Bankruptcy Judge.