UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LEROY C. JOHNSON          :   Chapter 13

        Debtors          :   Bankruptcy No.  20-10719AMC

## O R D E R

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 1-3 of Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, N. A. and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 1-3 of Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, N.A. is disallowed.

BY THE COURT:

_____
**ASHELY M. CHAN,**
**Bankruptcy Judge**

Dated:  _____

**Date: September 22, 2021**