UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LEROY C. JOHNSON        : Chapter 13

        Debtors        : Bankruptcy No.  20-10719AMC

## O R D E R

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 2-1 of Cavalry SPV I, LLC as assignee of Capital One, N.A./Boscov's and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 2-1 of Cavalry SPV I, LLC as assignee of Capital One, N.A./Boscov's is disallowed.

BY THE COURT:

_____
**ASHELY M. CHAN,**
**Bankruptcy Judge**

Dated:  _____
**Date: September 22, 2021**