United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-10719-amc

Leroy C. Johnson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Jan 12, 2022     Form ID: pdf900     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leroy C. Johnson, 414 E. Sanger Street, Philadelphia, PA 19120-1612 |
| 14466038 | + | City of Philadelphia Law Department Tax and Revenu, Bankruptcy Group, MSB, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1640 |
| 14466839 | | Jpmorgan Chase Bank, National Association, C/O THOMAS YOUNG.HAE SONG, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14466736 | | Jpmorgan Chase Bank, National Association, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14466040 | | Michael P. Kutzer, Esquire, 1420 Walnut St., suite 1216, 1420 Walnut St Ste 1216, Philadelphia, PA 19102-4012 |
| 14515372 | + | WILMINGTON SAVINGS FUND SOCIETY, et.al., CARRINGTON MORTGAGE SERVICES, LLC, 1600 SOUTH DOUGLASS ROAD, ANAHEIM CA 92806-5948 |
| 14555358 | + | Wilmington Savings Fund Society, C/O Maria Tsagaris, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14555356 | + | Wilmington Savings Fund Society, FSB, as Trustee o, C/O REBECCA ANN SOLARZ, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14555076 | + | Wilmington Savings Fund Society, FSB, as Trustee o, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14555077 | + | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2022 00:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Jan 13 2022 00:07:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14522478 | | Email/Text: megan.harper@phila.gov | Jan 13 2022 00:07:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14524706 | | Email/Text: megan.harper@phila.gov | Jan 13 2022 00:07:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14463601 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2022 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14489851 | + | Email/Text: megan.harper@phila.gov | Jan 13 2022 00:07:00 | City of Philadelphia, Water Dept., C/O PAMELA ELCHERT THURMOND, Law/Revenue |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1617 |
| 14466039 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2022 00:09:11 | J. P. Morgan Chase, Mail code LA4-5555, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 14466041 | | Email/Text: EDBKNotices@ecmc.org | Jan 13 2022 00:07:00 | US Department of Education, Po Box 16448, Saint Paul, MN 55116-0448 |
| 14493682 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 13 2022 00:07:00 | Wilmington Savings Fund Society, FSB, as Trustee o, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

**Name** | **Email Address**

ANN E. SWARTZ
  on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com ecfmail@ecf.courtdrive.com

MARIO J. HANYON
  on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, ET.AL. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

PAMELA ELCHERT THURMOND
  on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
  on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, ET.AL. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
  on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
  ECFMail@ReadingCh13.com

THOMAS SONG
  on behalf of Creditor Jpmorgan Chase Bank  National Association tomysong0@gmail.com

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 21

THOMAS SONG
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, ET.AL. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Leroy C. Johnson Perlick@verizon.net pireland1@verizon.net

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Leroy C. Johnson<br><br>                    Debtor | Chapter 13<br><br>Bankruptcy No. 20-10719-AMC |

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 12, 2022**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE